# Uh oh! Your payment was declined... [Trash]

**customerser...**    6:24 AM
to me ⌄

Simple Loans Made Fast, Birch Lending



Call (877) 652-4724

## Uh oh! Your payment was declined.

Dear Shannon,

Your recent loan payment of $75.67 from 8/16/2024 was declined. If a payment is not made, a late fee of $0.00 and NSF fee of $30.00 will be automatically applied to your account. Please log in to your **Birch Lending account** to make a payment online or call our customer care team at (877) 652-4724. Make your past due payment today, and we will waive your Late Fees and NSF Fees, if applicable. Thank you!

**Make a Payment Online**

Questions? We're here to help answer any questions and offer assistance Monday through Friday 7AM to 7PM and Saturday 8AM to 4:30PM CT.



**About**
Who We Are
Best Lending Practices

**Customer Support**
(833) 742-4724

**Policies**
Availability & Rates
Mobile Communications Terms & Conditions
Privacy Policy
Opt Out of Information Sharing
Terms & Conditions

Tolovana Financial dba Birch Lending is a wholly owned subsidiary of Benhti Economic Development Corporation ("BEDCO"), a sovereign economic arm, enterprise and instrumentality of, and created under the laws of and for the benefit of, the Native Village of Minto, a federally rec