1:13



# Notice of Insufficient Funds

Trash

C **customerser...** 8:02 AM

to me ⌄

Simple Loans Made Fast, Birch Lending

 **BIRCH** LENDING          Call **(877) 652-4724**

### Your payment didn't go through . . .

8/20/2024

Dear Shannon,

Your scheduled payment on 8/16/2024 in the amount of $75.67 was unsuccessful.

**Get Back on Track!**
We will work with you to get your account back on track. Please call us today at **(877) 652-4724** **or click on the link below to take care of your past due balance TODAY!** Make your past due payment TODAY, and we will waive the **Late Fees** and **Insufficient Funds (NSF) Fees** on your account, if applicable.

**CLICK HERE TO MAKE A PAYMENT**

**WE ARE HERE TO HELP!**
Please contact us during normal business hours Monday through Friday 7AM to 7PM and Saturday 8AM to 4:30PM Central Time.

Per our Terms and Conditions, if you are set up on an ACH payment plan, a $30.00 NSF Fee has been charged to your account, and the total outstanding amount due at this time is $105.67.



About                     Policies
Who We Are                Availability & Rates

Case 24-80182-CM1  Doc 1-3  Filed 08/23/24  Entered 08/23/24 16:01:06  Desc-
Exhibit Exhibit 3 - Birch Lending Second Email 8-20-24   Page 1 of 1