Van-212 [AP Summons] (Rev. 07/17)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

**In re:**
Shannon Sandmeier
    **Debtor(s)**

Case No. 24-81538-CRJ13
**Chapter** 13

AP No. 24-80102-CRJ

Shannon Sandmeier
    **Plaintiff(s)**

vs.

Tolovana Financial dba Birch Lending
    **Defendant(s)**

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU, Tolovana Financial dba Birch Lending, ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk: | United States Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney: | John C. Larsen<br>Larsen Law, P.C.<br>1733 Winchester Rd<br>Huntsville, AL 35811 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: August 23, 2024



Joseph E. Bulgarella, Clerk
United States Bankruptcy Court

By: /s/ Tonya C. Walker

# CERTIFICATE OF SERVICE

I, __John C. Larsen__ (name), certify that service of this summons and a copy of the complaint was made __8/27/24__ (date) by:

☑ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

_See attached._

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail address to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __8/27/24__    Signature __[signed]__

Print Name: John C. Larsen

Business Address: 1733 Winchester Rd. NE
Huntsville, AL 35811

Tolovana Financial dba Birch Lending
P.O. Box 58020
Minto, AK 99758

Tolovana Financial dba Birch Lending
P.O. Box 58112
Minto, AK 99758

Tolovana Financial dba Birch Lending
Commissioner: Shane Thin Elk
205 Lakeview Drive, Suite 7
Minto, AK 99758

Benhti Economic Development Corporation
d/b/a Birch Lending
100 Cushman St., Suite 306
Fairbanks, AK 99701

Benhti Economic Development Corporation
d/b/a Birch Lending
P.O. Box 74598
Fairbanks, AK 99707