IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In re: SHANNON SANDMEIER, ) | |
| ) | Case No. 24-81538-CRJ |
| Debtor, ) | Chapter 7 |
| ) | |
| SHANNON SANDMEIER, ) | AP. No. 24-80102-CRJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TOLOVANA FINANCIAL D/B/A ) | |
| BIRCH LENDING, ) | |
| ) | |
| Defendant. ) | |

**UNOPPOSED MOTION TO EXTEND
DEADLINE TO ANSWER OR OTHERWISE RESPOND**

Tolovana Financial d/b/a Birch Lending ("Lender"), by and through its undersigned counsel, hereby files this *Unopposed Motion To Extend Deadline To Answer Or Otherwise Respond* (the "Motion") to the *Complaint* [Adv. Dkt. 1] filed by Plaintiff/Debtor Shannon Sandmeier ("Debtor") in this Adversary Proceeding. Lender requests that the Court enter an order extending the deadline for Lender to answer or otherwise respond to the Complaint to **November 4, 2024**. Counsel for the Debtor has consented to this request. This Motion is supported by the following, and by the entire record before the Court in the above-captioned Chapter 7 bankruptcy case (the "Bankruptcy Case").

1. Debtor commenced the Bankruptcy Case on August 13, 2024 by filing her voluntary Chapter 13 petition. [Admin. Dkt. 1].

2. On August 22, 2024, Debtor filed the Complaint and initiated the above-captioned Adversary Proceeding. [Admin Dkt. 11; Adv. Dkt. 1].

1

3. Based upon a *Certificate of Service* filed by Debtor on August 27, 2024, Lender's deadline to answer or otherwise respond to the Complaint was September 23, 2024. [Adv. Dkt. 3].

4. Lender has recently retained counsel to represent Lender in this action, and counsel is reviewing the factual allegations set forth in the Complaint in order to prepare an adequate response to the Complaint.

5. For that reason, Lender respectfully requests that the Court extend the deadline for Lender to answer or otherwise respond to the Complaint to **November 4, 2024**.

6. Counsel for Debtor does not oppose this motion.

7. This Motion is not made for the purpose of delay or any other improper purpose.

WHEREFORE, Lender requests that the Court enter an order extending Lender's deadline to answer or otherwise respond to the Complaint to November 4, 2024.

A proposed form of order is attached hereto as **Exhibit A**.

Dated: October 15, 2024          Respectfully submitted,

/s/ Anthony F. Pusateri
Robert P. Harris
Anthony F. Pusateri
Counsel for Tolovana Financial d/b/a Birch Lending

OF COUNSEL:
**QUARLES & BRADY LLP**
Robert P. Harris (admitted *pro hac vice*)
Anthony F. Pusateri (admitted *pro hac vice*)
Renaissance One
Two North Central Avenue, Suite 600
Phoenix, Arizona 85004
robert.harris@quarles.com
anthony.pusateri@quarles.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have, on October 15, 2024, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                      /s/ Anthony F. Pusateri
                                                      Anthony F. Pusateri