# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In re: SHANNON SANDMEIER ) | |
| ) | Case No. 24-81538-CRJ |
| Debtor, ) | Chapter 7 |
| ) | |
| SHANNON SANDMEIER, ) | AP. No. 24-80102-CRJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TOLOVANA FINANCIAL D/B/A ) | |
| BIRCH LENDING, ) | |
| ) | |
| Defendant. ) | |

## ANSWER

For its Answer to Plaintiff Shannon Sandmeier's Complaint filed on August 22, 2024 (the "Complaint"), Defendant Tolovana Financial d/b/a Birch Lending ("Lender") admits, denies, and alleges as follows:

### PARTIES[1]

1. Lender admits the allegations in Paragraph 1 of the Complaint.

2. Lender admits the allegations in Paragraph 2 of the Complaint.

### JURISDICTION

3. Lender denies the allegations in Paragraph 3 of the Complaint.

4. Paragraph 4 of the Complaint contains no factual allegations and therefore requires no response. To the extent that a response is required, Lender denies the allegations in Paragraph 4 of the Complaint.

---

[1] Defendant adopts the headings from the Complaint for ease of reference only and without any acknowledgement as to the veracity thereof.

1

QB\92529834.1

Case 24-80102-CRJ    Doc 21    Filed 11/04/24    Entered 11/04/24 11:45:49    Desc Main
Document    Page 1 of 5

## BACKGROUND FACTS AND NATURE OF ACTION

5. Lender lacks sufficient knowledge or information to respond to the allegations in Paragraph 5 of the Complaint and therefore denies same.

6. Lender lacks sufficient knowledge or information to respond to the allegations in Paragraph 6 of the Complaint and therefore denies same.

7. Lender denies the allegations in Paragraph 7 of the Complaint.

8. Paragraph 8 of the Complaint contains no factual allegations and therefore requires no response. To the extent that a response is required, Lender denies the allegations in Paragraph 8 of the Complaint.

9. Responding to the allegations in Paragraph 9 of the Complaint, Lender admits that two automated emails were sent as a result of Plaintiff's scheduled payments being declined, but denies the remaining allegations in Paragraph 9 of the Complaint.

10. Lender lacks sufficient knowledge or information to respond to the allegations in Paragraph 10 of the Complaint and therefore denies same.

## CLAIM - VIOLATION(S) OF THE AUTOMATIC STAY

11. Responding to the allegations in Paragraph 11 of the Complaint, Lender admits that two automated emails were sent as a result of Plaintiff's scheduled payments being declined but denies the remaining allegations in Paragraph 11 of the Complaint.

12. Responding to the allegations in Paragraph 12 of the Complaint, Lender admits that an automated email was sent to Plaintiff on or around August 20, 2024 as a result of Plaintiff's scheduled payment being declined. Lender is unable to verify the document attached as Exhibit 2 to the Complaint because the exhibit is a screenshot that does not identify the sender. Lender denies the remaining allegations in Paragraph 12 of the Complaint.

13. Responding to the allegations in Paragraph 13 of the Complaint, Lender admits that an automated email was sent to Plaintiff on or around August 20, 2024 as a result of Plaintiff's scheduled payment being declined. Lender is unable to verify the document attached as Exhibit 3 to the Complaint because the exhibit is a screenshot that does not identify the sender. Lender denies the remaining allegations in Paragraph 13 of the Complaint.

14. Lender denies the allegations in Paragraph 14 of the Complaint.

15. Lender denies the allegations in Paragraph 15 of the Complaint.

16. Lender denies that Plaintiff is entitled to any of the relief sought in the Complaint.

17. Lender denies each and every allegation of the Complaint that is not expressly admitted herein.

## AFFIRMATIVE DEFENSES

Lender asserts the following affirmative defenses in response to the Complaint, without assuming the burden of proof where such burden rests on Plaintiff. Lender reserves its right to amend this Answer or to add additional defenses as investigation, discovery, and litigation continue, and reserve all rights with respect to all counterclaims, cross-claims, third-party claims, indemnification, or contribution claims not asserted herein.

1. The Complaint, and each claim for relief therein, fails to state a claim for which relief may be granted.

2. Plaintiff cannot establish some or all of the requisite elements for the claims asserted in the Complaint.

3. The claims asserted in the Complaint are barred by the doctrines of estoppel, laches, waiver, release, and/or other equitable doctrine(s).

4. Plaintiff has not suffered any damages recoverable by Lender, but, to the extent

3

QB\92529834.1

Case 24-80102-CRJ    Doc 21    Filed 11/04/24    Entered 11/04/24 11:45:49    Desc Main
Document    Page 3 of 5

Plaintiff has, Plaintiff has failed to mitigate those damages.

WHEREFORE, Lender requests the following relief:

A. Dismissal of the Complaint and all claims asserted therein, with prejudice, with Plaintiff taking nothing in relief;

B. Judgment in favor of Lender on all claims asserted against it in the Complaint, with prejudice, with Plaintiff taking nothing in relief;

C. An award and judgment for all of Lender's costs, expenses, and attorneys' fees;

D. For interest on all amounts awarded to Lender at the highest permitted rate; and

E. For all other relief available to Lender at law and in equity.

Dated: November 4, 2024　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Anthony F. Pusateri
　　　　　　　　　　　　　　　　　　　Robert P. Harris
　　　　　　　　　　　　　　　　　　　Anthony F. Pusateri
　　　　　　　　　　　　　　　　　　　Counsel for Tolovana Financial d/b/a Birch Lending

OF COUNSEL:
**QUARLES & BRADY LLP**
Robert P. Harris (admitted *pro hac vice*)
Anthony F. Pusateri (admitted *pro hac vice*)
Renaissance One
Two North Central Avenue, Suite 600
Phoenix, Arizona 85004
robert.harris@quarles.com
anthony.pusateri@quarles.com

4

QB\92529834.1

## CERTIFICATE OF SERVICE

      I hereby certify that I have, on November 4, 2024, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                    /s/ Anthony F. Pusateri
                                                    Anthony F. Pusateri