UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:

SHANNON SANDMEIER,

Case No. 24-81538-CRJ-7

Debtor(s).

Chapter 7

SHANNON SANDMEIER,

Plaintiff(s),

v.

AP No. 24-80102-CRJ

TOLOVANA FINANCE D/B/A BIRCH LENDING,

Defendant(s).

**TENTATIVE RULING ON THE ISSUE OF DAMAGES UNDER 11 U.S.C. § 362(k)**

This Adversary Proceeding is before the Court on the Complaint filed by the Debtor alleging that, despite having notice and actual knowledge of the commencement of her bankruptcy case, Tolovana Finance d/b/a Birch Lending (hereinafter the "Defendant") violated the automatic stay by sending multiple emails to the Debtor in an attempt to collect a prepetition debt and the Answer filed by the Defendant. Accordingly, the Debtor seeks to recover damages sustained as a result of the Defendant's alleged willful violation of the automatic stay in this case pursuant to 11 U.S.C. § 362(k).

The Defendant admits in its Answer that it sent two automated emails to the Debtor as a result of the Debtor's scheduled payments being declined. Accordingly, based on the Defendant's admission that postpetition emails were sent to the Debtor, the Court finds that the remaining issue in this proceeding is the appropriate amount of damages pursuant to § 362(k).

To avoid and minimize the additional occurrence of attorneys' fees and costs in this proceeding by either party, the Court has carefully reviewed all of the pleadings filed by the parties and determined that the Debtor is entitled to recover reasonable and necessary attorney's fees in the amount of $1,350.00 calculated at the hourly rate of $450.00 for three hours of work by counsel for the Debtor, plus $250.00 compensation for the Debtor, for a total award of $1,600.00.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that unless either party files a Response opposing the Court's Tentative Ruling for any reason on or before **Wednesday, November 27, 2024** by **12:00 p.m., Noon,** the Court will enter a final order awarding damages in favor of the Debtor and against the Defendant in the total amount of $1,600.00 as set forth above and dismissing this proceeding. If either party files a Response objecting to the

Tentative Ruling, the Court will vacate the Tentative Ruling and schedule this proceeding for an expedited trial in person in Huntsville, Alabama.

Dated this the 6th day of November, 2024.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge