# Notice Recipients

District/Off: 1126−8     User: admin     Date Created: 11/6/2024
Case: 24−80102−CRJ     Form ID: pdf000     Total: 13

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ba | Richard M Blythe | Richard_Blythe@alnba.uscourts.gov |
| tr | Brandon N Smith | brandonsmithtrustee@gmail.com |
| aty | Anthony F Pusateri | anthony.pusateri@quarles.com |
| aty | John C. Larsen | john@jlarsenlaw.com |
| aty | Robert P. Harris | robert.harris@quarles.com |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| pla | Shannon Sandmeier | 115 Rolling Green Dr. | New Market, AL 35761 | |
| dft | Tolovana Financial dba Birch Lending | P.O. Box 58020 | Minto, AK 99758 | |
| 11432470 | Benhti Economic Development Corporation | d/b/a Birch Lending | 100 Cushman St Suite 306 | Fairbanks, AK 99701 |
| 11432471 | Benhti Economic Development Corporation | d/b/a Birch Lending | PO Box 74598 | Fairbanks, AK 99707 |
| 11472921 | CashNetUSA | 175 W Jackson Blvd | Suite 600 | Chicago, IL 60604 |
| 11432469 | Tolovana Financial dba Birch Lending | Commissioner: Shane Thin Elk | 205 Lakeview Drive Suite 7 | Minto, AK 99758 |
| 11432467 | Tolovana Financial dba Birch Lending | PO Box 58020 | Minto, AK 99758 | |
| 11432468 | Tolovana Financial dba Birch Lending | PO Box 58112 | Minto, AR 99758 | |

TOTAL: 8