UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| | } | |
| SHANNON SANDMEIER, | } | Case No. 24-81538-CRJ-7 |
| | } | |
| Debtor(s). | } | Chapter 7 |
| | | |
| SHANNON SANDMEIER, | } | |
| Plaintiff(s), | } | |
| v. | } | AP No. 24-80102-CRJ |
| TOLOVANA FINANCE D/B/A BIRCH LENDING, | } | |
| Defendant(s). | } | |

## FINAL ORDER ON THE ISSUE OF DAMAGES
## UNDER 11 U.S.C. § 362(k)

This Adversary Proceeding is before the Court on the Complaint filed by the Debtor alleging that, despite having notice and actual knowledge of the commencement of this case, Tolovana Finance d/b/a Birch Lending (hereinafter the "Defendant") violated the automatic stay by attempting to collect a prepetition debt owed by the Debtor and the Answer filed by the Defendant. Accordingly, the Debtor seeks to recover damages sustained as a result of the alleged willful violation of the automatic stay in this case pursuant to 11 U.S.C. § 362(k).

On November 6, 2024, the Court entered a Tentative Ruling on the Issue of Damages ("Tentative Ruling"), ECF No. 22, tentatively finding that the Debtor was entitled to recover reasonable and necessary attorney's fees in the amount of $1,350.00 calculated at the hourly rate of $450.00 for three hours of work by counsel for the Debtor, plus $250.00 compensation for the Debtor, for a total award of $1,600.00. The Tentative Ruling stated that the Court would enter a final order awarding damages in favor of the Debtor and against the Defendant as set forth herein and dismissing this Adversary Proceeding unless a Response objecting to the Tentative Ruling was filed for any reason prior to November 27, 2024 by 12:00 p.m., Noon. Neither party having filed an objection to the Tentative Ruling, it is hereby

**ORDERED, ADJUDGED AND DECREED** as follows:

1. Pursuant to 11 U.S.C. § 362(k), judgment in the amount of $1,600.00 is hereby entered in favor of the Debtor and against the Defendant. The Defendant is directed to pay counsel for the Debtor $1,600.00 within **fourteen (14) days** from the date of this Order. Upon receipt, counsel for the Debtor is directed to distribute $250.00 to the Debtor.

2. This Adversary Proceeding is hereby **DISMISSED**, and the Clerk's Office is directed to close this Adversary Proceeding after fourteen days with no further pleadings having been filed.

Dated this the 2nd day of December, 2024.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge